Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISO LEE, ) | 1:07-cv-0416 AWI TAG |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until November 30, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, March 15, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  November 2, 2007 | /s/ Charles D. Oren |
| 2 | | CHARLES D. OREN,<br>Attorney for Plaintiff. |
| 3 | Dated: November 2, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Theophous Reagans<br>(as authorized via facsimile) |
| 7 | | THEOPHOUS REAGANS<br>Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:   **November 28, 2007**                **/s/ Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE