**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAISO LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No.  1:07-cv-00416 AWI TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

　　　　Plaintiff Maiso Lee ("plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

　　　　This Court issued its March 15, 2007, Scheduling Order to require plaintiff to file and serve a confidential letter brief on the Social Security Administration ("SSA") within 30 days of the filing of the administrative record.  The Scheduling Order further provides that plaintiff must file an opening brief within 30 days of receipt of the SSA's response to plaintiff's confidential letter.  The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110."  (Doc. 7).

　　　　On October 1, 2007, the SSA filed its notice of lodging of the administrative record to initiate the briefing.  (Doc. 13).  The Court initially calculated January 4, 2008, as the deadline to file and serve plaintiff's opening brief.  On November 29, 2007, this Court granted plaintiff's motion for an extension of time – until November 30, 2007 – to serve his letter brief on the SSA.  (Doc. 16).  In accordance with the Scheduling Order, as amended by the above-referenced order, the Court

///

recalculated the deadline for plaintiff to file her opening brief to March 10, 2008.  (Docs. 7, 16).  To date, plaintiff has filed no opening brief in compliance with this Court's orders.

     Accordingly, this Court ORDERS plaintiff, no later than April 25, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this Order to Show Cause if plaintiff files and serves an opening brief no later than April 21, 2008.

     **Plaintiff is admonished that failure to timely comply with this order will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

Dated:   **March 28, 2008**                         **/s/ Theresa A. Goldner**
                                                 UNITED STATES MAGISTRATE JUDGE