Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISO LEE ) | 1:07-CV-416 AWI TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on March 9, 2007 on behalf of Plaintiff be dismissed.  After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: March 1, 2008              /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

Dated: March 31, 2008
                                  MCGREGOR SCOTT
                                  United States Attorney

                                  By: /s/ Theophous Reagans
                                  (as authorized via facsimile)
                                  THEOPHOUS REAGANS
                                  Assistant Regional Counsel

ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed based on the parties' stipulation.   The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   April 1, 2008**                                  /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE